| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Cantera Court Complex, Inc.** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | dba BMW Creative Homes; dba Castilian Royale Event Center |
| 3. | Debtor's federal Employer Identification Number (EIN) | _2_ _0_ – _2_ _9_ _6_ _4_ _5_ _5_ _4_ |

4. **Debtor's address**

**Principal place of business**

**9802 McPherson Rd., Suite 111**
Number    Street

_____

_____

**Laredo**          **TX**    **78045**
City          State   ZIP Code

**Webb**
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City          State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City          State   ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Cantera Court Complex, Inc.**  Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

_5_ _3_ _1_ _1_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   Check all that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Cantera Court Complex, Inc.** _____   Case number (if known) _____

| | | |
|---|---|---|
| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ☐ No<br>☑ Yes. District **Southern District of Texas**   When **01/05/2015**   Case number **15-50001**<br>                                                                MM / DD / YYYY<br>District _____   When _____   Case number _____<br>                                                                MM / DD / YYYY<br>District _____   When _____   Case number _____<br>                                                                MM / DD / YYYY |
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____   Relationship _____<br>District _____   When _____<br>                                                              MM / DD / YYYY<br>Case number, if known _____<br><br>Debtor _____   Relationship _____<br>District _____   When _____<br>                                                              MM / DD / YYYY<br>Case number, if known _____ |
| 11. | Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?**   *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?**   _____<br>                                              Number     Street<br>                                              _____<br>                                              _____   _____   _____<br>                                              City                     State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor **Cantera Court Complex, Inc.**                                                    Case number (if known) _____

### Statistical and adminstrative information

13. **Debtor's estimation of available funds**

    *Check one:*
    - ☑ Funds will be available for distribution to unsecured creditors.
    - ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    - ☑ 1-49
    - ☐ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5,001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated assets**

    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☑ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**

    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☑ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **04/29/2021**
                 MM / DD / YYYY

    X **/s/ Eric Lee Benavides**
    Signature of authorized representative of debtor
    **Eric Lee Benavides**
    Printed name
    **Director**
    Title

Debtor  **Cantera Court Complex, Inc.**                                    Case number (if known)

**18. Signature of attorney**       X **/s/ Catherine S. Curtis**                        Date **04/29/2021**
                                    Signature of attorney for debtor                          MM / DD / YYYY

**Catherine S. Curtis**
Printed name
**Pulman, Cappuccio & Pullen, LLP**
Firm name
**6316 N. 10th St., Bldg. A, Ste. 102**
Number      Street

**McAllen**                                         **TX**         **78504**
City                                                State          ZIP Code

**(956) 467-1900**                                  **ccurtis@pulmanlaw.com**
Contact phone                                       Email address
**24074100**                                        **TX**
Bar number                                          State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 5

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

In re  **Cantera Court Complex, Inc.**                                        Case No.  _____

                                                                                              Chapter    **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept..........................Hourly: Estimated Total | **$50,000.00** |
   | Prior to the filing of this statement I have received...................................................... | **$25,000.00** |
   | Balance Due..........................................................................Hourly: Approximately | **$25,000.00** |

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Estimated total hourly fees are an estimate only and may incrase; all post-petition attorney's fees and expenses incurred are subject to bankruptcy court approval.**

|  |  |
|---|---|
| CERTIFICATION | |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/29/2021** | **/s/ Catherine S. Curtis** | |
|---|---|---|
| *Date* | *Catherine S. Curtis* | Bar No.  24074100 |
| | Pulman, Cappuccio & Pullen, LLP | |
| | 6316 N. 10th St., Bldg. A, Ste. 102 | |
| | McAllen, TX 78504 | |
| | Phone: (956) 467-1900 / Fax: (956) 331-2815 | |

**/s/ Eric Lee Benavides**

*Eric Lee Benavides*
*Director*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

IN RE:   **Cantera Court Complex, Inc.**                                   CASE NO

                                                                          CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/29/2021                                    Signature  /s/ Eric Lee Benavides
                                                             *Eric Lee Benavides*
                                                             *Director*

Date  _____                       Signature  _____

```
Blanca Benavides
8503 Mangrum
Laredo, Texas 78041


Blanca Benavides
8503 Mangrum
Laredo, TX 78041


Blue Moon
9802 McPherson Rd, Suite 102
Laredo, TX 78045


Castilian Royale Receptions, LLC
9802 McPherson Rd, Suite 136
Laredo, TX 78045


Christopher Benavides
1704 Whitewood
Laredo, Texas 78045


City of Laredo
1102 Bob Bullock Loop
Laredo, TX 78043


Cricket Wireless
9802 McPherson Rd, Suite 101
Laredo, TX 78045


Dog Trainer
9802 McPherson Rd, Suite 107
Laredo, TX 78045


El Gym Snacks
9802 McPherson Rd, Suite 125
Laredo, TX 78045
```

Eric Lee Benavides
426 N. Star
Laredo, Texas 78045


Eric Mendez
127 Alfonso Ornelas Rd
Laredo, TX 78046


Falcon International Bank
5219 McPherson Rd
Laredo, TX 78042


Felix Villegas
3846 Gold Leaf Trail
Katy, Texas 77449


GC Fitness
9802 McPherson Rd, Suite 126/127
Laredo, TX 78045


Hector Benavides
311 Puig
Laredo, Texas 78045


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jerardo Wells
124 Alfonso Ornelas Rd
Laredo, TX 78046


Juan M. Gomez
114 Alfonso Ornelas Rd
Laredo, TX 78046

```
Juan Villanueva
126 Alfonso Ornelas Rd
Laredo, TX 78046



Las Pinatas
9802 McPherson Rd, Suite 117/118
Laredo, TX 78045



Lizabeth Cuevas
d/b/a Jalapeno Wings & Pizza
9802 McPherson Rd, Suite 123
Laredo, TX 78045



Marco Ramos
d/b/a Horikawa Tattoo Shop
9802 McPherson Rd, Suite 114
Laredo, TX 78045



Mel's Kitchen
9802 McPherson Rd, Suite 124
Laredo, TX 78045



Myreidas Storage
9802 McPherson Rd, Suite 115
Laredo, TX 78045



North Central Barbershop and Salon
9802 McPherson Rd, Suite 110
Laredo, TX 78045



Pulman Cappuccio & Pullen LLP
2161 N.W. Military Hwy Ste 400
San Antonio TX 78213



Rene Garza
2666 Vineyard Loop
Laredo, TX 78045
```

Richard E. Haynes II
Trevino Haynes PLLC
3910 E. Del Mar Blvd, Ste 107
Laredo, TX 78045


Steve Benavides
13901 Bressani Way
Live Oak, Texas 78234


Tiphani L. Benavides
10508 Reposado Drive
Laredo, Texas 78045


United States Attorney
Civil Process Clerk
1000 Louisiana, Ste. 2300
Houston, TX 77002


Webb County Appraisal District
3302 Clark Blvd.
Laredo, TX 78043


Yanira San Juanita Sanchez
112 Alfonso Ornelas Rd
Laredo, TX 78046

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

IN RE:   **Cantera Court Complex, Inc.**                                       CASE NO.

                                                                                CHAPTER   **11**

### Certificate of Service

I, Catherine Curtis, certify that the foregoing Petitoin, 2016 Disclosure, and Matrix were served on the same date they were filed on CM/ECF.

Date:   **4/29/2021**                                              /s/ Catherine S. Curtis
                                                                    **Catherine S. Curtis**
                                                                    Attorney for the Debtor(s)

| | | |
|---|---|---|
| Blanca Benavides<br>8503 Mangrum<br>Laredo, Texas 78041 | City of Laredo<br>1102 Bob Bullock Loop<br>Laredo, TX 78043 | Falcon International Bank<br>xxxxx1213<br>5219 McPherson Rd<br>Laredo, TX 78042 |
| Blanca Benavides<br>8503 Mangrum<br>Laredo, TX 78041 | Cricket Wireless<br>9802 McPherson Rd, Suite 101<br>Laredo, TX 78045 | Falcon International Bank<br>xxxxxx9940<br>5219 McPherson Rd<br>Laredo, TX 78042 |
| Blue Moon<br>9802 McPherson Rd, Suite 102<br>Laredo, TX 78045 | Dog Trainer<br>9802 McPherson Rd, Suite 107<br>Laredo, TX 78045 | Falcon International Bank<br>xxxxx5417<br>5219 McPherson Rd<br>Laredo, TX 78042 |
| Cantera Court Complex, Inc.<br>9802 McPherson Rd., Suite 111<br>Laredo, TX 78045 | El Gym Snacks<br>9802 McPherson Rd, Suite 125<br>Laredo, TX 78045 | Falcon International Bank<br>xxxxx5711<br>5219 McPherson Rd<br>Laredo, TX 78042 |
| Castilian Royale Receptions, LLC<br>9802 McPherson Rd, Suite 136<br>Laredo, TX 78045 | Eric Lee Benavides<br>426 N. Star<br>Laredo, Texas 78045 | Felix Villegas<br>3846 Gold Leaf Trail<br>Katy, Texas 77449 |
| Christopher Benavides<br>1704 Whitewood<br>Laredo, Texas 78045 | Eric Mendez<br>127 Alfonso Ornelas Rd<br>Laredo, TX 78046 | GC Fitness<br>9802 McPherson Rd, Suite 126/127<br>Laredo, TX 78045 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

IN RE:   **Cantera Court Complex, Inc.**                                CASE NO.

                                                                        CHAPTER   **11**

### Certificate of Service

(Continuation Sheet #1)

---

| | | |
|---|---|---|
| Hector Benavides<br>311 Puig<br>Laredo, Texas 78045 | Marco Ramos<br>d/b/a Horikawa Tattoo Shop<br>9802 McPherson Rd, Suite 114<br>Laredo, TX 78045 | Tiphani L. Benavides<br>10508 Reposado Drive<br>Laredo, Texas 78045 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Mel's Kitchen<br>9802 McPherson Rd, Suite 124<br>Laredo, TX 78045 | United States Attorney<br>Civil Process Clerk<br>1000 Louisiana, Ste. 2300<br>Houston, TX 77002 |
| Jerardo Wells<br>124 Alfonso Ornelas Rd<br>Laredo, TX 78046 | Myreidas Storage<br>9802 McPherson Rd, Suite 115<br>Laredo, TX 78045 | Webb County Appraisal District<br>3302 Clark Blvd.<br>Laredo, TX 78043 |
| Juan M. Gomez<br>114 Alfonso Ornelas Rd<br>Laredo, TX 78046 | North Central Barbershop and Salon<br>9802 McPherson Rd, Suite 110<br>Laredo, TX 78045 | Yanira San Juanita Sanchez<br>112 Alfonso Ornelas Rd<br>Laredo, TX 78046 |
| Juan Villanueva<br>126 Alfonso Ornelas Rd<br>Laredo, TX 78046 | Rene Garza<br>2666 Vineyard Loop<br>Laredo, TX 78045 | |
| Las Pinatas<br>9802 McPherson Rd, Suite 117/118<br>Laredo, TX 78045 | Richard E. Haynes II<br>Trevino Haynes PLLC<br>3910 E. Del Mar Blvd, Ste 107<br>Laredo, TX 78045 | |
| Lizabeth Cuevas<br>d/b/a Jalapeno Wings & Pizza<br>9802 McPherson Rd, Suite 123<br>Laredo, TX 78045 | Steve Benavides<br>13901 Bressani Way<br>Live Oak, Texas 78234 | |